AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Rossiter, Jr., Robert F. | United States District Court, Nebraska | 05/15/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

U.S. District Court, Nebraska
111 S. 18th Plana, Suite 3141
Omaha, NE 68102

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member - House of Delegates | Nebraska State Bar Association |
| 2. | Advisory Board Member | Creighton University School of Law |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 12/2015 | Fraser Stryker PC LLO - Deferred Compensation Agreement |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rossiter, Jr., Robert F. | 05/06/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2018 | Fraser Stryker Deferred Compensation | $66,666.72 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Fitzgerald Schorr Barmettler & Brennan, PC LLO employment compensation |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rossiter, Jr., Robert F. | 05/06/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Mass Mutual | Life Insurance Loan | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rossiter, Jr., Robert F. | 05/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. SSAM Rollover IRA (H) | | | | | | | | | |
| 2. BND - Vanguard Total Bond Market | D | Dividend | M | T | | | | | |
| 3. BSV - Vanguard Short-Term Bond | C | Dividend | M | T | | | | | |
| 4. DFAPX - DFA Invt Grade | C | Dividend | M | T | Buy (add'l) | 12/19/18 | J | | |
| 5. | | | | | Buy (add'l) | 09/28/18 | J | | |
| 6. | | | | | Buy (add'l) | 06/29/18 | J | | |
| 7. | | | | | Buy (add'l) | 03/29/18 | J | | |
| 8. DFEOX - DFA US Core Equity 1 | D | Dividend | N | T | Buy (add'l) | 12/18/18 | J | | |
| 9. | | | | | Buy (add'l) | 09/28/18 | J | | |
| 10. | | | | | Buy (add'l) | 06/29/18 | J | | |
| 11. | | | | | Buy (add'l) | 03/29/18 | J | | |
| 12. DFGEX - DFA Global Real Estate Secs | C | Dividend | L | T | Buy (add'l) | 12/19/18 | J | | |
| 13. DFIEX - DFA Intl Core Equity | C | Dividend | M | T | Buy (add'l) | 12/18/18 | J | | |
| 14. | | | | | Buy (add'l) | 09/28/18 | J | | |
| 15. | | | | | Buy (add'l) | 06/29/18 | J | | |
| 16. DFSVX - DFA US Small Cap Value | D | Dividend | M | T | Buy (add'l) | 12/19/18 | J | | |
| 17. | | | | | Buy (add'l) | 09/28/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rossiter, Jr., Robert F. | 05/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 06/29/18 | J | | |
| 19. | | | | | Buy (add'l) | 03/29/18 | J | | |
| 20. SCZ - iShares MSCI EAFE Small Cap Index | B | Dividend | K | T | | | | | |
| 21. VEA - Vanguard FTSE Developed Markets | C | Dividend | L | T | | | | | |
| 22. VOE - Vanguard MidCap Value Index | C | Dividend | M | T | | | | | |
| 23. VWO - Vanguard FTSE Emerging Markets | B | Dividend | L | T | | | | | |
| 24. FDIC Insured Deposit Account IDA12 (TDA Money Market) | A | Dividend | K | T | | | | | |
| 25. SSAM Joint (H) | | None | | | | | | | |
| 26. FIHBX - Federated Institutional High Yield Bnd | A | Dividend | | | Redeemed | 06/07/18 | J | A | |
| 27. PSYPX - Palmer Square Income Plus Fund | A | Dividend | | | Redeemed | 06/07/18 | J | A | |
| 28. JDESX - JP Morgan US Research Equity Fund I | A | Dividend | | | Redeemed | 06/07/18 | J | A | |
| 29. LZIEX - Lazard International Equit Portfolio | A | Dividend | | | Redeemed | 06/07/18 | J | A | |
| 30. LFRFX - Lord Abbett Floating Rate Fund Class F | A | Dividend | | | Redeemed | 06/07/18 | J | A | |
| 31. MEIIX - MFS Value Fund Class I | A | Dividend | | | Redeemed | 06/07/18 | J | A | |
| 32. RAIIX - Manning & Napier Rainier International Discovery | A | Dividend | | | Redeemed | 06/07/18 | J | A | |
| 33. ODVYX - Oppenheimer Developing Markets Fund Y | A | Dividend | | | Redeemed | 06/07/18 | J | A | |
| 34. PSMIX - Principal Global Multi Strategy Fund N | A | Dividend | | | Redeemed | 06/07/18 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Rossiter, Jr., Robert F. | 05/06/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. PURZX - Prudential Global Real Estate Fund | A | Dividend | | | Redeemed | 06/07/18 | J | A | |
| 36. TRBCX - T. Rowe Price Blue Chip Growth Fund | A | Dividend | | | Redeemed | 06/07/18 | J | B | |
| 37. TRMCX - T. Rowe Price Mid-Cap Value Fund | A | Dividend | | | Redeemed | 06/07/18 | J | A | |
| 38. FOGPX - Tributary Growth Opportunities Fund | A | Dividend | | | Redeemed | 06/07/18 | J | A | |
| 39. FOSBX - Tributary Small Company Fund Inst Plus | A | Dividend | | | Redeemed | 06/07/18 | J | A | |
| 40. FONPX - Tributary Nebraska Tax-Free Fund Instl Plus | A | Dividend | | | Redeemed | 06/07/18 | L | A | |
| 41. VEIRX - Vanguard Equity Income Fund Admiral Shares | A | Dividend | | | Redeemed | 06/07/18 | J | A | |
| 42. DFGEX - DFA Global Real Estate Secs | A | Dividend | K | T | Buy | 06/07/18 | K | | |
| 43. DFTIX - DFA Intermediate Term Muni Bond Market | A | Dividend | K | T | Buy | 06/07/18 | K | | |
| 44. BND - Vanguard Total Bond Market | B | Dividend | L | T | Buy | 06/07/18 | L | | |
| 45. SUB - iShares Short-Term National Muni Bond ETF | A | Dividend | M | T | Buy | 06/07/18 | M | | |
| 46. FDIC Insured Deposit Account IDA12 | A | Dividend | J | T | | | | | |
| 47. Mary Rossiter Fitzgerald Schorr 401k (H) | | | | | | | | | |
| 48. VTTVX - Vanguard Target Retirement 2025 Fund | B | Dividend | L | T | | | | | |
| 49. FNB Joint Savings #2920 (H) | | | | | | | | | |
| 50. Cash | A | Interest | L | T | | | | | |
| 51. U.S. Bank Joint Savings #8460 (H) | | | | | | | | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rossiter, Jr., Robert F. | 05/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Cash | A | Interest | L | T | | | | | |
| 53. Wells Fargo BIRA (H) | | | | | | | | | |
| 54. BLPCX - American Funds Portfolio Balanced Fund C | A | Dividend | J | T | | | | | |
| 55. FCISX - Franklin Income Fund C | A | Dividend | J | T | | | | | |
| 56. CUSIP 94986TGSW1 - Wells Fargo 7yr Due 06/07/18 | A | Interest | | | Matured | 06/07/18 | J | A | |
| 57. Cash and Sweep Balance | A | Interest | J | T | | | | | |
| 58. Mass Mutual Life Insurance (H) | | | | | | | | | |
| 59. Cash Value | B | Dividend | J | T | | | | | |
| 60. UBS JTWROS (H) | | | | | | | | | |
| 61. SBPLX - Clearbridge Dividend Strategy Fund | A | Dividend | K | T | | | | | |
| 62. MSFRX - MFS Total Return Fund | A | Dividend | J | T | | | | | |
| 63. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rossiter, Jr., Robert F. | 05/06/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. Line 25

On 4/5/18, I fully transferred my Joint account at Raymond James (line 16 on 2017 amended disclosure) to a newly opened Joint account at SilverStone Asset Management. The new Joint account at SSAM is custodied at TD Ameritrade Institutional. The Raymond James Joint account was closed shortly after the transfer was complete. In order to simplify the 2018 disclosure, I have aggregated all activity in the Raymond James account and SSAM Joint account under "SSAM Joint (H)."

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Robert F. Rossiter, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544